UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jason B. Brewer, | ) | Civil Action No.: 6:14-cv-03980-RBH |
|     Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, | ) | |
|     Defendant. | ) | |

On January 26, 2016, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified and requesting attorney's fees in the amount of $3,861.06. *See* ECF No. 21. On February 11, 2016, Defendant filed a response stating she does not object to Plaintiff's requested amount of attorney's fees. *See* ECF No. 22.

After careful consideration, the Court **GRANTS** Plaintiff's motion and **ORDERS** Defendant to pay Plaintiff attorney's fees in the amount of $3,861.06. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the payment shall be made payable to the claimant and mailed to his attorney, with a copy sent to the claimant. The fees are subject to the Treasury Offset Program[2] if the claimant owes an outstanding debt to the federal government.

**IT IS SO ORDERED.**

Florence, South Carolina
February 12, 2016

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.